☑ Original      ☐ Duplicate Original

**FILED**
FEB 28 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro
By ___

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Padded Flat Rate Envelope EI547918770US, located<br>at Moore County Sheriff's Office, 302 S McNeill Street,<br>Carthage, NC 28327 | )<br>)<br>)<br>)   Case No. 1: 23 MJ 90<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Middle _____ District of _____ North Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

Padded Flat Rate Envelope EI547918770US, located at Moore County Sheriff's Office, 302 S McNeill Street, Carthage, NC 28327

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

U.S. currency, money orders, monies, or proceeds and payments, and documents reflecting the distribution of controlled substances through the U.S. Mail.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 03/08/23 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ L. Patrick Auld _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____ 02/22/23; 3:47 pm _____    _____
*Judge's signature*

City and state:    Greensboro, North Carolina _____    Hon. L. Patrick Auld, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 1:23 mj 90 | Date and time warrant executed: 2/22/2023 4:09pm | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
J Vidis

Inventory of the property taken and name(s) of any person(s) seized:

Package contained black vacuum sealed bags wrapped in paper towels and tape. Inside the vacuum sealed bags was a total of $17,760.00 in US Currency. The tape and paper towels were seized and replaced. The new tape and paper towels along with $17,760.00 in US Currency was returned to the package. The package was the resealed and returned to the mail stream.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/23/2023.

_____
Executing officer's signature

Tyler Cheek   TFO
Printed name and title